No. 00–906. ERIE COUNTY, PENNSYLVANIA *v.* ERIE COUNTY RETIREES ASSN. ET AL. C. A. 3d Cir. Motions of Central States, Southeast and Southwest Areas Health and Welfare Fund,

American Association of Health Plans, Inc., et al., and ERISA Industry Committee for leave to file briefs as *amici curiae* granted. Certiorari denied. ■